IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRUCE G. SCHOGGEN, | ) | CIVIL 12-00049-LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HAWAII AVIATION CONTRACT SERVICES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 29, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT DEFENDANT'S MOTION FOR RULE 11 SANCTIONS BE GRANTED," document no. 39, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 19, 2012.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**BRUCE SCHOGGEN V. HAWAII AVIATION CONTRACT SERVICES, INC.; CIVIL 12-00049 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**